ACCEPTED
01-15-00556-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 8:18:49 PM
CHRISTOPHER PRINE
CLERK

## N0. 01-15-00556-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 8:18:49 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE INTEREST OF
## S.R.-M.C., CHILD

## R.A.C., SR., AKA R.C., APPELLANT

## VS.

## DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, APPELLEE

ON APPEAL FROM
THE 313TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2010-08247J

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW DONALD M. CRANE ("appellate counsel"), appointed

attorney ad litem on appeal for Appellant, R.A.C., Sr., aka R.C., respondent

father, and hereby files this Unopposed Motion for Withdrawal of Counsel. Donald M. Crane requests the Court grant him leave to withdraw as Attorney ad litem on appeal for Appellant R.A.C., Sr., aka R.C., in accordance with Texas Rules of Appellate Procedure ("TRAP") Tex. R. App. P. 6.5, and in support would show as follows:

1. Appellate counsel forwarded correspondence dated December 29, 2015, to Appellant enclosing a copy of the Court's *Memorandum Opinion* dated November 17, 2015, ("*Memorandum Opinion*") by U.S. First Class Mail and Certified Mail, Return Receipt Requested #7014 2120 0003 3959 1292 to Appellant's last known address:

   10091 Stonybrook Circle, Apt. A
   Indianapolis, Indiana 46229
   (317) 912-5762.

2. Appellate counsel advised of his duty to re-evaluate the appeal to determine the merit of further appellate action and advised that such is frivolous. Tex. R. App. P. 62.

3. Appellate counsel further explained that Appellant on his own may pursue a petition for review in the Supreme Court of Texas, but that such is frivolous.

4. Appellate counsel further explained that Appellant should retain private counsel as to the merits of pursuing a petition for review in the Supreme Court of Texas.

5. Appellate counsel further explained that Appellant has a **current filing deadline of January 4, 2016,** and that should he pursue a petition for review in the Supreme Court of Texas, he should first consult Tex. R. App. P. 53.

6.    Appellate counsel further explained that Appellant may Contact the Supreme Court of Texas, P.O. Box 12248, Austin, Texas 78711, (512) 463-1312, for further information.

7.    Finally, Appellate counsel advised Appellant of his right to object to this motion for withdrawal of counsel, enclosing then forwarding a copy of said motion December 29, 2015 by U.S. First Class Mail and Certified Mail, Return Receipt Requested #7014 2120 0003 3959 1292 to Appellant's last known address:

      10091 Stonybrook Circle, Apt. A
      Indianapolis, Indiana 46229
      (317) 912-5762.

WHEREFORE, PREMISES CONSIDERED, Donald M. Crane prays

that the Court enter an order discharging him as Appellate Counsel for R.A.C.,

Sr. aka R.C.

Respectfully submitted,


**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON APPEAL FOR APPELLANT  R.A.C., SR., aka R.C.

## CERTIFICATE OF CONFERENCE

This motion is unopposed.

**/s/ Donald M. Crane**
Donald M. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2015, a true and correct copy of the foregoing Unopposed Motion for Withdrawal of Counsel was served in accordance with the TRAP.

1.  Sandra D. Hachem
    Senior Assistant County Attorney
    1019 Congress Avenue, 16th Floor
    Houston, Texas  77002-1700
    (713) 437-4700 fax

2.  Sylvia Yvonne Escobedo
    917 Franklin, Suite 100
    Houston, Texas 77002-1930
    (713) 655-0200 fax

**/s/ Donald M. Crane**
Donald M. Crane